# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHANIKA EDMOND

VERSUS

DOMINIQUE EDMOND

NO. 2021 CW 0242

**APRIL 15, 2021**

---

In Re: Shanika Edmond, applying for rehearing, Family Court in and for the Parish of East Baton Rouge, No. 200342.

---

**BEFORE:** **McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT